THE NEW YORK, LACKAWANNA AND WESTERN RAILWAY COMPANY, Respondent, v. THE ERIE RAILROAD COMPANY, Appellant, Impleaded with Another.

*N. Y., L. & W. R. Co.* v. *Erie R. R. Co.*, 31 App. Div. 378, appeal dismissed.

(Argued October 3, 1898; decided October 11, 1898.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, rendered at the June Term, 1898, reversing a judgment in favor of defendant entered upon a decision of the Monroe Special Term dismissing a petition under the Condemnation Law, Code of Civil Procedure, sections 3357 and 3360, to condemn a portion of defendant's railroad.

The motion was made upon the ground that the judgment is not appealable under subdivision 1 of section 190 of the Code of Civil Procedure.

*John G. Milburn* for motion.

*Adelbert Moot* opposed.

Appeal dismissed, with costs.

———

FRANKLIN BANK NOTE COMPANY, Respondent, v. CHARLES W. MACKEY, Appellant.

(Submitted October 3, 1898, decided October 11, 1898.)

Motion for reargument granted.   (See 155 N. Y. 685.)